Daniel Cotman (SBN 218315)
dan@cotmanip.com
Obi I. Iloputaife (SBN 192271)
obi@cotmanip.com
Jayson S. Sohi (SBN 293176)
jayson@cotmanip.com
**COTMAN IP LAW GROUP, PLC**
35 Hugus Alley, Suite 210
Pasadena, CA 91103
Telephone:  626-405-1413
Facsimile:    626-316-7577

Daniel A. Kent (*pro hac vice*)
dankent@kentrisley.com
Stephen R. Risley (*pro hac vice*)
steverisley@kentrisley.com
**KENT & RISLEY LLC**
5755 N Point Pkwy, Suite 57
Alpharetta, GA 30022
Telephone:  404-585-4214
Facsimile:    404-829-2412

Attorneys for Plaintiff
UNIVERSAL TRANSDATA, LLC

Douglas G. Muehlhauser (SBN 179,495)
Doug.muehlhauser@knobbe.com
Brandon G. Smith (SBN 307,676)
Brandon.smith@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:    949-760-9502

Attorneys for Defendant,
ADESSO, INC.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRANSDATA, LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ADESSO, INC.,<br><br>　　　Defendant. | Case No. 2:18-CV-06048-PSG-MRW<br><br>ORDER ON<br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Philip S. Gutierrez<br>Magistrate Judge Michael R. Wilner |

Plaintiff Universal Transdata, LLC and Defendant Adesso, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims asserted in this action with prejudice, with each party to bear its own costs, expenses and attorney fees.

Respectfully submitted,

KENT & RISLEY, LLC

Dated: June 6, 2019          By: /s/*Daniel A. Kent*
                                  Daniel A. Kent

Attorneys for Plaintiff
UNIVERSAL TRANSDATA, LLC


KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 6, 2019          By: /s/*Douglas G. Muelhauser (w/permission)*
                                  Douglas G. Muehlhauser
                                  Brandon G. Smith

Attorneys for Defendant
ADESSO, INC.

IT IS SO ORDERED

Dated: June 10, 2019

United States District Judge

-1-

# ATTESTATION

I, Daniel A. Kent, pursuant to Civil L.R. 5-1(i)(3), hereby attest that Douglas G. Muehlhauser has concurred in this filing.

Dated: June 6, 2019 /s/ Daniel A. Kent
Daniel A. Kent
*Attorneys for Plaintiff*
*Universal Transdata, LLC*